**Bobby Edward ASH, alias Bobble Ash**

v.

**STATE.**

No. 28565.

Court of Criminal Appeals of Texas.

Oct. 10, 1956.

No attorney on appeal for appellant.

Henry Wade, Dist. Atty., A. D. Bowie and George P. Blackburn, Asst. Dist. Attys., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated as a second offender; the punishment, 3 years.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted, and the appeal is dismissed.